Certificate Number: 03088-PAE-DE-032235933

Bankruptcy Case Number: 18-18308



03088-PAE-DE-032235933

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 1, 2019, at 2:35 o'clock AM CST, Linus M. McGinty completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 1, 2019            By:    /s/Doug Tonne

                                    Name:  Doug Tonne

                                    Title: Counselor